# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 5:06CR22-8 |
| DARRELL ANTONIO BERRY, a/k/a "Boomshay" ) | USM No: 20807-058 |
| Date of Previous Judgment: March 3, 2009 ) | Charles R. Brewer |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ❏ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 37           Amended Offense Level: 37
Criminal History Category: VI         Criminal History Category: VI
Previous Guideline Range: 360 to Life months   Amended Guideline Range: 360 to Life months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):  The 2007 Edition of the Guideline Manual (including Amendment 706) was applied in the original sentencing; therefore, there is no further reduction.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated March 3, 2008, shall remain in effect.
**IT IS SO ORDERED**.

Order Date: December 7, 2009

Effective Date: _____
(if different from order date)

Richard L. Voorhees
United States District Judge